```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 06065
   DONALD C RAUHUT
   PATRICIA A RAUHUT                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2701     SSN XXX-XX-3849

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/14/08 .

     2.  The case was dismissed without confirmation, 08/01/2008.

     3.  The Debtor paid a total of $   3120.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                         PAID        PAID
------------------------------------------------------------------------
CITIMORTGAGE             CURRENT MORTG        .00          .00          .00
CITIMORTGAGE             MORTGAGE ARRE  NOT FILED          .00          .00
REGIONAL ACCEPTANCE      SECURED VEHIC        .00          .00       1663.16
CHECK N GO OF ILLINOIS   UNSECURED      NOT FILED          .00          .00
CIRCUIT CITY             UNSECURED      NOT FILED          .00          .00
DISCOVER BANK            UNSECURED      NOT FILED          .00          .00
JOLIET CATHOLIC ACADEMY  UNSECURED      NOT FILED          .00          .00
NICOR GAS                UNSECURED      NOT FILED          .00          .00
TARGET                   UNSECURED      NOT FILED          .00          .00
TCF BANK                 UNSECURED      NOT FILED          .00          .00
WFNNB/HARLEM FURNITURE   UNSECURED      NOT FILED          .00          .00
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED    OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00          .00        .00          .00
PRINCIPAL PAID     1663.16        .00          .00        .00       1663.16
INTEREST PAID          .00        .00          .00        .00          .00
TOTAL PAID         1663.16        .00          .00        .00       1663.16
The Debtor's attorney, LEGAL HELPERS PC              , was allowed $  3500.00
and was paid $   750.00  direct and $    451.63  through the plan.

The Trustee received $    130.21 .

Refunds to the Debtor totaled $    875.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 11/13/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```